UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CESARIO ORTEGA ROJAS, LUIS ORTEGA ROJAS, ELSA NOEMI LARA VEGA, MARCHELIN POLANCO, ARGENIE VALERIO, individually, and on behalf of all others similarly situated,

Case No. 7:20-CV-10161

Plaintiffs,

-against-

**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

JOHN RACANELLI, M&R SCARSDALE RESTAURANT, LLC d/b/a Pizza & Brew Of Scarsdale, FIRST GENERATION HOSPITALITY, LLC, and PUBLIC PIZZA ITALIAN KITCHEN,

Defendants.
-----------------------------------------------------------X

Upon the joint application of the plaintiffs and defendants, by their respective counsel, for entry of an Order of Voluntary Dismissal approving their Fair Labor Standards Act settlement agreement in the above-captioned action, and such parties having consented to the entry of this Order; and sufficient cause appearing for the same; after due deliberation; it is HEREBY ORDERED AS FOLLOWS:

1. The parties' settlement has been negotiated in good faith and at arm's length by the parties through their respective counsel;

2. The settlement is approved as a fair and reasonable disposition of the Fair Labor Standards Act claims asserted by plaintiffs in this action;

3. Accordingly, this action is hereby dismissed in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: White Plains, New York
       12-3, 2021

SO ORDERED.

United States Magistrate Judge